UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE TERIAL LOVE,<br><br>     Petitioner,<br><br>     v.<br><br>J. M. ROBERTSON, Warden,<br><br>     Respondent. | Case No. CV 22-977-MWF (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has also reviewed the objections filed by Petitioner on May 30, 2023.  (Docket No. 44)  The Court then engaged in de novo review of those portions of the Report to which Petitioner has objected.

  The Court accepts the findings and recommendation of the Magistrate Judge, which carefully analyzed each of Petitioner's claims and rejected them.  (Report & Recommendation at 11-23).  The Magistrate Judge correctly concluded that the alleged errors were not cognizable on federal habeas corpus or had been decided by the California Court of Appeal under the AEDPA deferential standard or resulted in no prejudice to Petitioner or simply were not errors.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: June 29, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

2