JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE TERIAL LOVE, | Case No. CV 22-977-MWF (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| J. M. ROBERTSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: June 29, 2023

MICHAEL W. FITZGERALD
United States District Judge